AO 451 (Rev. 01/09, MD 6/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| **National Electrical Benefit Fund** ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. **8:18-cv-00591-TDC** |
| **Great Lakes Electrical Contractors, Inc.** ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* August 28, 2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: October 15, 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, <br><br> Plaintiff, <br><br> v. <br><br> GREAT LAKES ELECTRICAL CONTRACTORS, INC., <br><br> Defendant. | Civil Action No. TDC-18-0591 |

## ORDER

On August 2, 2018, United States Magistrate Judge Timothy J. Sullivan filed a Report and Recommendation in which he recommended that this Court GRANT the Motion for Default Judgment filed by Plaintiff National Electrical Benefit Fund ("NEBF"). Objections to that Report and Recommendation were due on August 19, 2018. *See* Fed. R. Civ. P. 72(b)(2). That deadline has now passed and the Court has received no objections.

Accordingly, upon review of Judge Sullivan's Report and Recommendation, it is hereby ORDERED that:

1. Judge Sullivan's Report and Recommendation, ECF No. 13, is ADOPTED as an Order of the Court.
2. NEBF's Motion for Default Judgment, ECF No. 10, is GRANTED.
3. NEBF is awarded a total of $14,555.66, divided as follows:
    a. $8,877.53 in past-due contributions,
    b. $1,772.74 in accrued interest,

    c. $1,064.74 in liquidated damages,

    d. $515.55 in audit fees,

    e. $1,775.10 in attorney's fees, and

    f. $550.00 in costs.

4. That award shall accrue post-judgment interest as provided for and calculated in accordance with 28 U.S.C. § 1961.

5. The Clerk is directed to close this case.

Date: August 28, 2018

                                                /s/
                                       THEODORE D. CHUANG
                                       United States District Judge

10/15/18

[stamp: the foregoing document is a full, true and correct copy of the original on file in my office and in my custody. FELICIA C. CANNON, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, Deputy]